AO 245D     Judgment in a Criminal Case for Revocations
(Rev. 12/19)    Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>SAMUEL NICHOLAS | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   3:20-CR-00055-002(CAR)<br>USM No.  35807-509<br><br>Eric Eberhardt<br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of condition(s)     1-6                    of the term of supervision.

☐  was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1-3 | Use of controlled substance | 12/31/2023 |
| 4 | Failed to participate in substance abuse treatment | 01/02/2024 |
| 5 | Unapproved Residential Change | 01/11/2024 |
| 6 | New criminal conduct | 03/26/2024 |

        The defendant is sentenced as provided in pages 2 through     2     .  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)  n/a                    and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec.   8527

Defendant's Year of Birth:   1989

City and State of Defendant's Residence:

Athens, Georgia

March 18, 2026
_____
Date of Imposition of Judgment

s/ C. Ashley Royal
_____
Signature of Judge

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE
_____
Name and Title of Judge

03/27/2026
_____
Date

AO 245D    Judgment in a Criminal Case for Revocations
Rev. 12/19)    Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:    SAMUEL NICHOLAS
CASE NUMBER:    3:20-CR-0055-002(CAR)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **12 MONTHS**

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____    ☐    a.m.    ☐    p.m.    on _____ .

   ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐    before 2 p.m. on _____ .

   ☐    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL